# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 09-10598-RAG
Judge: Robert A. Gordon
Date: 7/16/2009

**IN RE:** TUESDAY L SPEIGHT
3904 WOODLEA AVENUE
BALTIMORE, MD 21206

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | JOHNS HOPKINS HOSPITAL / STATE COLLECTION SERVICES INC<br>P O BOX 6250 / MADISON, WI 53716-0250<br>Acct: ###6199<br>Comment: | 70.00 | Unsecured |
| 002 | U S BANK NA / 4801 FREDERICA STREET<br>OWENSBORO, KY 42301-0000<br>Acct: 3750<br>Comment: Arrears - Pay in Plan | 10,870.64 | Secured |
| 003 | CAPITAL ONE BANK / C/O TSYS DEBT MANAGEMENT<br>P O BOX 5155 / NORCROSS, GA 30091<br>Acct: 8621<br>Comment: | 1,448.27 | Unsecured |
| 004 | CITIBANK / 7930 NW 110 STREET<br>KANSAS CITY, MO 64153<br>Acct:<br>Comment: AMOUNT UNKNOWN | None | Not Filed<br>.00 |
| 005 | GEMB/GAP / P O BOX 981400<br>EL PASO, TX 79998<br>Acct: #############8077<br>Comment: | None | Not Filed<br>.00 |
| 006 | PRA RECEIVABLES/PORTFOLIO RECOVERY / HSBC<br>P O BOX 41067 / NORFOLK, VA 23541<br>Acct: ######6172<br>Comment: | 714.16 | Unsecured |
| 007 | ATT MOBILITY LLC / C/O B-LINE LLC  MS 550<br>P O BOX 91121 / SEATTLE, WA 98111-9221<br>Acct: 4369<br>Comment: update | 190.08 | Unsecured |

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

**IN RE:** TUESDAY L SPEIGHT
3904 WOODLEA AVENUE
BALTIMORE, MD 21206

Case No: 09-10598-RAG
Judge: Robert A. Gordon
Date: 7/16/2009

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 008 | STATE OF MARYLAND DLLR / 1100 N EUTAW STREET RM 202 BALTIMORE, MD 21201-0000 | 3,268.62 | Unsecured |
| | Acct: 7818 | | |
| | Comment: UPDATE | | |
| | Total | 16,561.77 | |
| | ROBERT E MOLLOY ESQ<br>1113 ODENTON RD<br>ODENTON, MD 21113-0000 | 2,000.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Ellen W. Cosby
Ellen W. Cosby, Trustee
P.O. Box 20016
Baltimore, MD 21284-0016

I hereby certify that on 07/16/2009 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Ellen W. Cosby
Ellen W. Cosby, Trustee