Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   09–10598 RAG    Chapter:   13

Tuesday Lahele Speight
Debtor(s)

**NOTICE OF DISMISSAL**

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 2/9/10.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 2/9/10

                                                    Mark D. Sammons, Clerk of Court
                                                    by Deputy Clerk, S Rudolf 410–962–4425